379 A.2d 591

Commonwealth v. Hill, Appellant.

Submitted September 13, 1976. Robert E. Kerper, Jr., Assistant Public Defender, for appellant; Charles M. Guthrie, Jr., Assistant District Attorney, and J. Michael Morrissey, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.